# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ROBERT RAMIREZ, | : No. 165 EM 2014 |
| Petitioner | : |
| v. | : |
| NANCY GIROUX, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of December, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Motion for an Instant Hearing are **DENIED**.